IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| GERMONTRIC L. DRIVER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:12-0054 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| ENOCH GEORGE (SHERIFF), | ) | |
| DEBRA WAGNOSCHULTZ and | ) | |
| MAURY COUNTY JAIL | ) | |
| ADMINISTRATOR, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon review, this action is set for a pretrial conference on **Tuesday, September 25, 2012 at 11:00 a.m.** at the United States Courthouse in **Columbia, Tennessee**. The custodian of the Plaintiff shall produce the Plaintiff for this conference.

It is so **ORDERED**.

ENTERED this the /4th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge