# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | |
|---|---|
| GERMONTRIC DRIVER,<br><br>    Plaintiff,<br><br>Vs.<br><br>ENOCH GEORGE, sheriff of Maury County<br>LT. DEBRA WAGONSHUTZ,<br>FLOYD SEALEY, a nurse,<br>MAURY REGIONAL MEDICAL<br>CENTER, ABL MANAGEMENT, INC,<br>and GENELLA POTTER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NO: 1:12-cv-0054
Judge Haynes
Jury Demand

*[handwritten notes: Consider the filings by the parties on this motion, this motion is DENIED for the reasons stated in Plaintiff's response to this motion. C/J 5/U. 9/3) ... 4-4-14]*

## DEFENDANTS ABL MANAGEMENT, INC. AND
## GENELLA POTTER'S MOTION TO COMPEL WRITTEN DISCOVERY

Come now Defendants ABL Management, Inc. and Genella Potter, (hereinafter "Defendants"), by and through counsel, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 37(a), and move the Court to compel Plaintiff to respond to Defendants' Second Set of Interrogatories. In support of this Motion, Defendants rely upon the Second Set of Written Discovery propounded by Defendants to Plaintiff on February 20, 2014, attached hereto as **Exhibit 1**; the March 18, 2014 letter from Paul Brewer to Gene Hallworth, attached hereto as **Exhibit 2**; and the Memorandum of Law and Statement Certifying Good Faith Effort to Resolve Discovery Dispute which are filed contemporaneously herewith and incorporated herein by reference.

**WHEREFORE**, Defendants request that this Court compel Plaintiff to respond fully to the Interrogatories within ten (10) days of the Court granting this Motion.

1